**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6675**

───────────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

LAWRENCE MCCOY HOLMAN,

                                   Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Abingdon.  Samuel G. Wilson, Chief District
Judge.  (CR-95-13, CA-97-282-R)

───────────────

Submitted:  August 13, 1998        Decided:  September 3, 1998

───────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Cheryl Johns Sturm, Westtown, Pennsylvania, for Appellant.  Steven
Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon,
Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Holman, Nos. CR-95-13; CA-97-282-R (W.D. Va. Mar. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED